**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 1:07MJ44A** |
| | : | |
| **KHEK CHOUMMALAITHONG** | : | |

**ORDER**

The defendant Khek Choummalaithong having moved this Court for an Order excluding the period September 14, 2007 through October 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161 (b) ;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and the defendant in a speedy trial, for the following reasons:

1. Plea negotiations currently are in progress, and the defendant seeks additional time to finalize the terms of a plea agreement.
2. The defendant seeks additional time to discuss a proposed plea agreement with his attorney, and to consider such an agreement.
3. The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the government, to the defendant and to the Court, and would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

WHEREFORE, it is on the _____day of _____________, 2007;

ORDERED, that the period from September 14, 2007 through October 4, 2007 be excluded from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161 (b).

Dated: ___________, 2007

_________________________
Lincoln D. Almond
United States Magistrate Judge